475 A.2d 741

**COMMONWEALTH of Pennsylvania**

**v.**

**Earl William KUYKENDALL, Appellant.**

Supreme Court of Pennsylvania.

Argued May 14, 1984.

Decided May 25, 1984.

506

David A. Goldman, Lewistown, court appointed, for appellant.

William A. Helm, Dist. Atty., Lewistown, for appellee.

ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.